IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 07-34721-H1 |
| MIKE PEACOCK and | § | |
| BENITA PEACOCK | § | |
| | § | CHAPTER 7 |
| DEBTORS | § | |

**MOTION TO PAY FUNDS INTO THE
REGISTRY OF THE COURT UNDER 11 U.S.C. §347(b)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW,** Janet S. Northrup, Trustee and files this Motion to Pay Funds into the Registry of the Court Under 11 U.S.C. §347(b) and would show unto the Court as follows:

The undersigned trustee reports the following:

_____ 1.   The dividend(s) payable to the creditor(s) listed on Exhibit "A" attached hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

__X__ 2.   More than ninety (90) days have passed since the final distribution, and the dividend payable to the creditors listed on Exhibit "A" attached hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable and 11 U.S.C. §347(b), the undersigned Trustee requests authorization to pay small and/or unclaimed funds in the total amount shown on Exhibit "A" attached hereto for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 3041, et seq.).

                                          Respectfully submitted,

                                          /s/ Janet S. Northrup
                                          Janet S. Northrup, Trustee
                                          SBN 03953750
                                          Three Allen Center
                                          333 Clay Street, 29th Floor
                                          Houston, Texas  77002
                                          (713) 759-0818 Telephone
                                          (713) 759-6834 Facsimile
                                          jln@hwa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion served by U. S. mail, first class, postage prepaid, on the U. S. Trustee, 515 Rusk, Suite 3516, Houston, Texas 77002 on this 14th day of July, 2011.

/s/ Janet S. Northrup
Janet S. Northrup

**EXHIBIT "A"**

PLEASE CHECK ONE:

_____        Small Dividends

  X            Unclaimed Funds

| Name and Address | Claim No. | Amount |
|---|---|---|
| Clearlake Wholesale Nursery<br>P.O. Box 75237<br>Houston, TX 77234 | 3 | $1,979.39 |
|  | TOTAL | $1,979.39 |

1828741-1:JBANK:0001